IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| MERIDIAN AUTOMOTIVE SYSTEMS, INC. *et. al.*[1] | Case No. 09-12806 (MFW) |
| | (Jointly Administered) |
| Debtors. | |

## STATUS REPORT

In response to the Court's Order Pursuant to 11 U.S.C. § 105(d)(1) Requiring Status Report, George L. Miller, the chapter 7 trustee (the "Trustee") for the bankruptcy estates (the "Bankruptcy Estates") of the above-captioned debtors (the "Debtors") by and through his counsel hereby files a Status Report of the Bankruptcy Estate.

1. **Whether any major sales of assets have occurred in this case.**

    None

2. **Status of Plan Negotiations or Preparations; Whether a Plan Has Been Confirmed.**

    Not applicable.    This case was filed as a Chapter 7 case and no plan has been negotiated or confirmed.

3. **Major Litigation Pending or Expected to be Filed in the Case.**

    No major litigation is pending and no major litigation is expected to be filed.

---

[1] The Debtors in these chapter 7 cases, along with each of Debtors' bankruptcy case number, are hereinafter defined as follows: Meridian Automotive Systems, Inc. (09-12806); Meridian Automotive Systems – Angola Operations, Inc. (09-12807); Meridian Automotive Systems – Composites Operations, Inc. (09-12808); Meridian Automotive Systems – Construction, Inc. (09-12809); Meridian Automotive Systems – Detroit Operations, Inc. (09-12810); Meridian Automotive Systems – Grand Rapids Operations, Inc. (09-12812); Meridian Automotive Systems – Heavy Truck Operations, Inc. (09-12813); Meridian Automotive Systems – Mexico Operations, LLC (09-12814); and, Meridian Automotive Systems – Shreveport Operations, Inc. (09-12816).

4. **Status of Analysis of Chapter 5 Causes of Action, Including Whether any Suits Have Been Brought.**

   Approximately one hundred and eighty nine (189) adversary actions asserting causes of action under Chapter 5 were commenced by the Trustee.

5. **Open Adversary Proceedings and the Current Status of Such Proceeding.**

   All adversary actions have been concluded and closed by the entry of Order(s) approving settlements and/or by dismissal.

6. **Counsel's Expectations as to any Future Significant Developments or Events in the Administration of the Case.**

   The Trustee is currently reviewing approximately 541 Proofs of Claim filed in the Bankruptcy Estates. Upon conclusion of the Trustee's claims review process it is likely the Trustee will be proceeding to file Omnibus Objections to Proofs of Claim.

7. **Pending Motions or other Items Awaiting Disposition by the Court.**

   None Pending. Upon completion of the Trustee's claims review process the Trustee may determine to list Motion(s) for Requests for Administration Claim, if any, for approval by the Court.

8. **Other.**

   The Trustee is in the process of concluding a resolution of a dispute with the Department of Labor and is currently documenting the terms of the resolution with the Department of Labor.

Date: September 17, 2020
Wilmington, DE

COZEN O'CONNOR

By: */s/ John T. Carroll, III*
John T. Carroll, III (DE No. 4060)
1201 North Market Street
Suite 1001
Wilmington, DE  19801
302-295-2028
302-295-2013 Fax
jcarroll@cozen.com

*Counsel to the Chapter 7 Trustee,*
*George L. Miller*