# EXHIBIT "A"

# PRIORITY RECLASSIFIED CLAIMS

**Meridian Automotive Systems, Inc. et al**  
**09-12806**  
**Exhibit A - Modified Priority Status**  
**First Omnibus (Substantive) Objection**

1/7/2021

| Name of Claimant | Debtor Name | Debtor Case | Claim No. | Claimed Amount and Priority Status | Modified Claim Amount and Priority Status | Reason for Modification |
|---|---|---|---|---|---|---|
| Bags, Paper & More I<br>PO Box 10<br>Charlotte, MI 48813-0010 | Meridian Automotive Systems - Composites Operations, Inc. | 09-12808 | 71 | $689.40 non-specific Priority Claim | $689.40 General Unsecured Claim | Goods identified as sold do not qualify for priority status |
| Dewitt, Sylvia E.<br>2031 Melvin SW<br>Wyoming, MI 49519-1710 | Meridian Automotive Systems, Inc. | 09-12806 | 56 | $69,393.86 507(a)(4) Priority Claim | $10,950.00 507(a)(4) Priority Claim<br>$58,443.86 General Unsecured Claim | Priority claim capped at $10,950.00. Remaining portion reclassified to General Unsecured |
| Engineering Technology<br>1133 East Maple Rd., Suite 200<br>Troy, MI 48083-2853 | Meridian Automotive Systems, Inc. | 09-12806 | 12 | $10,950.00 507(a)(4) Priority Claim<br>$21,100.00 General Unsecured Claim | $32,050.00 General Unsecured Claim | Reclassify priority portion to General Unsecured. Services performed do not qualify for priority status |
| F&P Gourmet Foods L<br>d/b/a Honey Baked Ham & Café<br>1364 Hwy 321 NW<br>Hickory, NC 28601-2200 | Meridian Automotive Systems - Composites Operations, Inc. | 09-12808 | 58 | $373.72 non-specific Priority Claim | $373.72 General Unsecured Claim | Goods identified as sold do not qualify for priority status |
| Innovative Packaging<br>2424 Norwood St., SW<br>PO Box 1828<br>Lenoir, NC 28645-1828 | Meridian Automotive Systems - Composites Operations, Inc. | 09-12808 | 98 | $108,672.26 non-specific Priority Claim | $108,672.26 General Unsecured Claim | Goods identified as sold do not qualify for priority status |
| Lopez, Crispina<br>140 Rose SW<br>Grand Rapids, MI 49507 | Meridian Automotive Systems - Grand Rapids Operations, Inc. | 09-12812 | 19 | $12,169.38 507(a)(4) Priority Claim | $10,950.00 507(a)(4) Priority Claim<br>$1,219.38 General Unsecured Claim | Priority claim capped at $10,950.00. Remaining portion reclassified to General Unsecured |
| McKenzie, Levi B.<br>28035 Raplh Fair Rd.<br>Fair Oaks Ranch, TX 78015 | Meridian Automotive Systems, Inc. | 09-12806 | 111 | $1,002.40 non-specific Priority Claim | $1,002.40 General Unsecured Claim | Reclassify priority portion to General Unsecured. Services performed do not qualify for priority status |
| Novapak<br>PO Box 338<br>Marion, IN 46952-0338 | Meridian Automotive Systems - Composites Operations, Inc. | 09-12808 | 171 | $29,239.04 non-specific Priority Claim | $29,239.04 General Unsecured Claim | Goods identified as sold do not qualify for priority status |
| Reed, Larry A.<br>2620 Windcrest<br>Jenison, MI 49428 | Meridian Automotive Systems, Inc. | 09-12806 | 33 | $70,308.00 507(a)(4) Priority Claim | $10,950.00 507(a)(4) Priority Claim<br>$59,358.00 General Unsecured Claim | Priority claim capped at $10,950.00. Remaining portion reclassified to General Unsecured |
| Sprint Nextel Corporation<br>Attn: Bankruptcy<br>10002 Park Meadows Dr., 3rd Floor<br>Lone Tree, CO 80124 | Meridian Automotive Systems, Inc. | 09-12806 | 195 | $2,767.45 non-specific Administrative/Priority Claim | $2,767.45 General Unsecured Claim | Reclassify Administrative/Priority portion to General Unsecured. No benefit provided to Chapter 7 Estate |
| Swaidner Refrigeration<br>1215 West Main Street<br>Fort Wayne, IN 46808-3395 | Meridian Automotive Systems - Composites Operations, Inc. | 09-12808 | 107 | $5.59 507(a)(8) Priority Claim<br>$623.80 General Unsecured Claim | $629.39 General Unsecured Claim | Reclassify priority portion to General Unsecured. Services performed do not qualify for priority status |