# EXHIBIT "A"

**Meridian Automotive Systems, Inc.**
**Bankruptcy Case No. 09-12806-MFW**
**Proposed Allocation**

| | Meridian Automotive Systems, Inc. #09-12806 | Meridian Automotive Angola Operations, Inc. #09-12807 | Meridian Automotive Composites Operations, Inc. #09-12808 | Meridian Automotive Detroit Operations, Inc. #09-12810 | Meridian Automotive Grand Rapids Operations, Inc. #09-12812 | Meridian Automotive Heavy Truck Operations, Inc. #09-12813 | Total |
|---|---|---|---|---|---|---|---|
| **Total Payments During Preference Period By Debtor** | $47,153,654.71 | $754,431.29 | $14,274,319.39 | $876,718.45 | $4,705,132.19 | $2,091,198.36 | $69,855,454.39 |
| **Settlement Allocation Based on Perecentage Per Payments** | 67.50% | 1.08% | 20.43% | 1.26% | 6.74% | 2.99% | 100.00% |
| **Settlement Proceeds to be Allocated by Debtor** | $3,028,593.62 | $48,457.50 | $916,654.34 | $56,533.75 | $302,410.68 | $134,155.48 | $4,486,805.37 |
| **Costs to be Allocated** | | | | | | | |
| **Preferences Costs Allocated to Debtor Based on Percentage Per Payments:** | | | | | | | |
| Cozen O'Connor | $627,593.39 | $10,041.49 | $189,951.60 | $11,715.08 | $62,666.36 | $27,800.06 | $929,767.98 |
| Miller Coffey Tate, LLP | $498,541.16 | $7,976.66 | $150,891.79 | $9,306.10 | $49,780.26 | $22,083.53 | $738,579.50 |
| Bifferato LLC | $1,191.71 | $19.07 | $360.69 | $22.25 | $118.99 | $52.79 | $1,765.50 |
| C&W Consultants | $33,320.36 | $533.12 | $10,084.96 | $621.98 | $3,327.10 | $1,475.97 | $49,363.49 |
| Invotex Group | $13,471.40 | $215.55 | $4,077.34 | $251.47 | $1,345.14 | $596.73 | $19,957.63 |
| JNR Adjustment Co | $1,721.25 | $27.53 | $520.97 | $32.13 | $171.87 | $76.25 | $2,550.00 |
| Ciardi Ciardi and Astin PC | $48,226.14 | $771.62 | $14,596.45 | $900.22 | $4,815.47 | $2,136.24 | $71,446.14 |
| McElroy Deutsch Mulvaney & Carpenter LLP | $125,342.30 | $2,005.48 | $37,936.94 | $2,339.72 | $12,515.66 | $5,552.20 | $185,692.30 |
| Pepper Hamilton LLP | $716.38 | $11.46 | $216.82 | $13.37 | $71.53 | $31.73 | $1,061.29 |
| Womble Carlyle Sandridge & Rice LLP | $25,946.66 | $415.15 | $7,853.19 | $484.34 | $2,590.82 | $1,149.34 | $38,439.50 |
| **Asset Sale Costs in connection with NY Property:** | | | | | | | |
| Cozen O'Connor | | | $68,806.69 | | | | $68,806.69 |
| Miller Coffey Tate LLP | | | $12,874.50 | | | | $12,874.50 |
| **Total Allocated Costs by Debtor** | $1,376,070.75 | $22,017.13 | $498,171.94 | $25,686.66 | $137,403.20 | $60,954.84 | $2,120,304.52 |
| **Net Amount Allocated to Debtors** | $1,652,522.87 | $26,440.37 | $418,482.40 | $30,847.09 | $165,007.48 | $73,200.64 | $2,366,500.85 |