IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| MERIDIAN AUTOMOTIVE SYSTEMS, INC, *et al.*[1] | Case No. 09-12806 (MFW) (Jointly Administered) |
| Debtors. | Related Doc. No. 696, 698 |

### ORDER GRANTING MOTION OF CHAPTER 7 TRUSTEE FOR APPROVAL PURSUANT TO 11 U.S.C. § 105(a) OF PROPOSED ALLOCATION AMONGST ESTATES OF SETTLEMENT PROCEEDS AND COSTS

Upon consideration of the Motion of Chapter 7 Trustee for Approval Pursuant to 11 U.S.C. § 105(a) of Proposed Allocation Amongst Estates of Settlement Proceeds and Costs (the "Motion"[2]), filed by George L. Miller, the duly appointed Chapter 7 trustee (the "Trustee") for the estates (the "Estates") of the above-captioned jointly administered debtors (the "Debtors"); and it appearing that the Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and that this matter is a core matter pursuant to 28 U.S.C. § 157(b)(2)(A), (M), and (O); and the Court having determined that the relief requested in the Motion is in the best interests of the Debtors' Estates and their creditors; and it appearing that notice of the Motion has been given to the Limited Notice Parties as described in the Motion and that such notice is

---

[1] The Debtors in these chapter 7 cases, along with each of Debtors' bankruptcy case number, are: Meridian Automotive Systems, Inc. (09-12806); Meridian Automotive Systems – Angola Operations, Inc. (09-12807); Meridian Automotive Systems – Composites Operations, Inc. (09-12808); Meridian Automotive Systems – Construction, Inc. (09-12809); Meridian Automotive Systems – Detroit Operations, Inc. (09-12810); Meridian Automotive Systems – Grand Rapids Operations, Inc. (09-12812); Meridian Automotive Systems – Heavy Truck Operations, Inc. (09-12813); Meridian Automotive Systems – Mexico Operations, LLC (09-12814); and, Meridian Automotive Systems – Shreveport Operations, Inc. (09-12816).

[2] Unless otherwise expressly defined herein, capitalized terms shall have the same meanings ascribed to them in the Motion.

adequate under the circumstances and that no further notice need be given; and sufficient cause appearing therefore, it is hereby **ORDERED THAT**:

      1.      The Motion is **GRANTED** and the Proposed Allocation attached as Exhibit "A" to the Motion is **APPROVED**; and

      2.      The Trustee is authorized to take any and all actions necessary to carry out the Proposed Allocation amongst the Estates.

*[Signature: Mary F. Walrath]*

**Dated:** March 22nd, 2021        **MARY F. WALRATH**
**Wilmington, Delaware**        **UNITED STATES BANKRUPTCY JUDGE**
LEGAL\51167569\2 00601.0823.000/262033.000