# EXHIBIT "B"

# AMENDED ORDER

LEGAL\55151495\1 00601.0823.000/262033.000

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| Meridian Automotive Systems, Inc. *et. al.*[1] | Case No. 09-12806 (MFW) |
| Debtors. | Related Doc. Nos. 340, 349, _____ |

| | | |
|---|---|---|
| George L. Miller, Chapter 7 Trustee for the Bankruptcy Estate of Meridian Automotive Systems, Inc., et. al. | | |
| Plaintiff, | | |
| v. | | Related Doc. Nos. |
| J. M. Huber Corporation | Adv. No. 11-53035 | 8, 10, _____ |
| Southern Casting Company | Adv. No. 11-53086 | 8, 10, _____ |
| Defendants. | | |

## AMENDED ORDER APPROVING CORRECTED
## ADVERSARY PROCEEDINGS SETTLEMENT AMOUNTS

Upon consideration of the Certification of Counsel to the Trustee to Reopen Adversary Proceedings and Submission of Amended Order Approving Corrected Adversary Proceedings Settlement Amounts (the "Certification of Counsel")[2], it is hereby

**ORDERED**, that the Settlement Amount of the Adversary Proceeding against J.M. Huber Corporation, Adv. No. 11-53035, is approved in the corrected amount of $12,000; and it is further

---

[1] The Debtors in these chapter 7 cases, along with each of Debtors' bankruptcy case number, are hereinafter defined as follows: Meridian Automotive Systems, Inc. (09-12806); Meridian Automotive Systems – Angola Operations, Inc. (09-12807); Meridian Automotive Systems – Composites Operations, Inc. (09-12808); Meridian Automotive Systems – Construction, Inc. (09-12809); Meridian Automotive Systems – Detroit Operations, Inc. (09-12810); Meridian Automotive Systems – Grand Rapids Operations, Inc. (09-12812); Meridian Automotive Systems – Heavy Truck Operations, Inc. (09-12813); Meridian Automotive Systems – Mexico Operations, LLC (09-12814); and, Meridian Automotive Systems – Shreveport Operations, Inc. (09-12816).

[2] Capitalized terms shall have the meanings ascribed to them in the Certification of Counsel.

2

**ORDERED**, that the Settlement Amount of the Adversary Proceeding against Southern Casting Company, Adv. No. 11-53086, is approved in the corrected amount of $8,000; and it is further

**ORDERED**, that the Order as originally entered remains in effect with the exception of the corrected Settlement Amounts for the J.M. Huber Defendant and the Southern Casting Defendant; and it is further

**ORDERED,** that the Clerk reopen the Adversary Proceedings for the purpose of docketing this Amended Order and that the Adversary Proceedings be marked closed thereafter.

LEGAL\55151495\1 00601.0823.000/262033.000