**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: MERIDIAN AUTOMOTIVE SYSTEMS, INC. | § § § § | Case No. 09-12806- MFW |
| Debtor(s) | | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

　　Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that George L. Miller, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the Court
824 North Market St.
3rd Floor
Wilmington, DE 19801

　　Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 2:00 PM on 02/09/2022 in Courtroom 4, 5th Floor, United States Courthouse Courthouse, 824 North Market St., Wilmington, DE 19801. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/06/2021　　　　　　　　　　　　　By: /s/ George L. Miller
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Trustee

George L. Miller
1628 John F. Kennedy Blvd.
Suite 950
Philadelphia, PA 19103
(215) 561-0950

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re:MERIDIAN AUTOMOTIVE SYSTEMS, INC.    §    Case No. 09-12806- MFW
§
§
§
Debtor(s)

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---|
| *The Final Report shows receipts of :* | $ | 3,986,058.86 |
| *and approved disbursements of:* | $ | 3,474,327.20 |
| *leaving a balance on hand of[1] :* | $ | 511,731.66 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 18S | STANDARD SHEET METAL | 7,788.61 | 0.00 | 0.00 | 0.00 |
| 102A | KTBS Law LLP | 26,051,993.44 | 0.00 | 0.00 | 0.00 |
| 115 | VARILEASE TECHNOLOGY GROUP, INC. | 19,028.16 | 0.00 | 0.00 | 0.00 |
| 122S | SOMERSET CAPITAL GROUP | 369,400.00 | 0.00 | 0.00 | 0.00 |
| 137 | General Electric Capital Corporation | 132,725,829.52 | 0.00 | 0.00 | 0.00 |
| 149 | TEAM FINANCIAL GROUP, | 3,189.83 | 0.00 | 0.00 | 0.00 |
| 191 | US Doors/Starners Dock & Door Scott Mathews | 48,000.00 | 0.00 | 0.00 | 0.00 |

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

|  | Total to be paid to secured creditors: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 511,731.66 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - George L. Miller | 142,831.77 | 0.00 | 142,831.77 |
| Trustee, Expenses - George L. Miller | 4,054.40 | 0.00 | 4,054.40 |
| Accountant for Trustee, Fees - Miller Coffey Tate LLP | 969,394.29 | 964,112.23 | 5,282.06 |
| Accountant for Trustee, Expenses - Miller Coffey Tate LLP | 9,680.92 | 9,614.72 | 66.20 |
| Charges, U.S. Bankruptcy Court | 31,893.75 | 0.00 | 31,893.75 |
| Other Chapter 7 Administrative Expenses - Lefoldt & Co., P.A. | 164,901.00 | 164,901.00 | 0.00 |
| Other Chapter 7 Administrative Expenses - E. I. du Pont Nemours & Company | 0.00 | 0.00 | 0.00 |
| Other Chapter 7 Administrative Expenses - Sprint Nextel Corporation | 0.00 | 0.00 | 0.00 |
| Attorney for Trustee Fees (Other Firm) - Cozen O'Connor | 1,152,428.51 | 1,151,180.51 | 1,248.00 |
| Attorney for Trustee Fees (Other Firm) - MCELROY DEUTSCH MULVANEY & CARPENTE | 121,251.11 | 119,703.67 | 1,547.44 |
| Attorney for Trustee Fees (Other Firm) - Ciardi Ciardi & Astin PC | 46,782.23 | 46,782.23 | 0.00 |
| Attorney for Trustee Expenses (Other Firm) - Cozen O'Connor | 62,478.93 | 62,172.76 | 306.17 |
| Attorney for Trustee Expenses (Other Firm) - MCELROY DEUTSCH MULVANEY & CARPENTE | 5,476.63 | 5,465.83 | 10.80 |
| Attorney for Trustee Expenses (Other Firm) - Ciardi Ciardi & Astin PC | 1,443.91 | 1,443.91 | 0.00 |
| Arbitrator/Mediator for Trustee Fees - Bifferato Gentilotti LLC | 1,191.71 | 1,191.71 | 0.00 |
| Arbitrator/Mediator for Trustee Fees - Womble Carlyle Sandridge & Rice LLP | 25,946.66 | 25,946.66 | 0.00 |
| Arbitrator/Mediator for Trustee Fees - Pepper Hamilton LLP | 702.00 | 702.00 | 0.00 |
| Arbitrator/Mediator for Trustee Expenses - Pepper Hamilton LLP | 14.39 | 14.39 | 0.00 |
| Consultant for Trustee Fees - INVOTEX GROUP | 13,144.95 | 13,144.95 | 0.00 |
| Consultant for Trustee Expenses - INVOTEX GROUP | 326.45 | 326.45 | 0.00 |
| Other Professional Fees - C&W Consultants | 35,485.08 | 35,485.08 | 0.00 |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Other Professional Fees - JNR Adjustment Company, Inc. | 1,721.25 | 1,721.25 | 0.00 |
| Other Professional Expenses - C&W Consultants | 428.74 | 428.74 | 0.00 |

|  |  |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $ 187,240.59 |
| Remaining balance: | $ 324,491.07 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|  |  |
|---|---:|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 324,491.07 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $192,797.54 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 12P | ENGINEERING TECHNOLOGY | 0.00 | 0.00 | 0.00 |
| 13 | Kenneth L. Harants | 0.00 | 0.00 | 0.00 |
| 32 | Wendy A Story | 1,562.40 | 0.00 | 1,562.40 |
| 33P | Larry A. Reed | 10,950.00 | 0.00 | 10,950.00 |
| 37 | Wanda Kaye Dockery | 1,618.00 | 0.00 | 1,618.00 |
| 38 | Sharon E Smith | 1,897.20 | 0.00 | 1,897.20 |
| 39 | Richard Haas | 1,674.00 | 0.00 | 1,674.00 |
| 42 | Joe McKee | 563.21 | 0.00 | 563.21 |
| 43 | Regina H. Wakefiled | 1,850.00 | 0.00 | 1,850.00 |
| 46 | Judy Mikeal | 1,729.80 | 0.00 | 1,729.80 |
| 48 | William Walllace Mikeal Jr. | 2,639.52 | 0.00 | 2,639.52 |
| 50 | Conley McLaughlin | 1,729.80 | 0.00 | 1,729.80 |
| 56 | Sylvia E. DeWitt | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 58 | Maria D. Sands | 1,283.40 | 0.00 | 1,283.40 |
| 61 | Tony Laxton | 948.60 | 0.00 | 948.60 |
| 63 | Andrew Smith Trivette | 0.00 | 0.00 | 0.00 |
| 66 | Rickie D. Triplett | 0.00 | 0.00 | 0.00 |
| 69 | CAROLYN LYNN WILSON | 2,769.45 | 0.00 | 2,769.45 |
| 74 | NORMA LINDA COFFEY | 334.80 | 0.00 | 334.80 |
| 86 | Williams J. Saelinger | 0.00 | 0.00 | 0.00 |
| 89 | J. STEVE MCKENZIE | 1,625.00 | 0.00 | 1,625.00 |
| 103 | John H. Allmand , III | 4,758.45 | 0.00 | 4,758.45 |
| 111A | Levi B. McKenzie | 0.00 | 0.00 | 0.00 |
| 112 | Graceannette Lubinski | 6,324.91 | 0.00 | 6,324.91 |
| 128 | Gail A. Gyenese | 7,867.64 | 0.00 | 7,867.64 |
| 138A | International Union, UAW | 0.00 | 0.00 | 0.00 |
| 165 | Carl E. Blaize | 1,200.00 | 0.00 | 1,200.00 |
| 171 | Employment Security Commission of North Carolina Unemployment Insurance Division | 1,423.12 | 0.00 | 1,423.12 |
| 182 | Ronald E. Self | 995.52 | 0.00 | 995.52 |
| 184 | HAZELINE NORWOOD | 1,785.60 | 0.00 | 1,785.60 |
| 187 | Department of Attorney General Unemployment Division | 114,316.75 | 0.00 | 114,316.75 |
| 188 | Jack C. Fuller | 1,400.00 | 0.00 | 1,400.00 |
| 189P | STATE OF FLORIDA-DEPT. OF REVENUE BANKRUPTCY SECTION | 170.77 | 0.00 | 170.77 |
| 234 | Texas Comptroller of Public Accounts Revenue Accounting Division Attention: Bankruptcy | 12,472.51 | 0.00 | 12,472.51 |
|  | Internal Revenue Service - EFTPS - 941 | 3,268.59 | 0.00 | 3,268.59 |
|  | Internal Revenue Service - EFTPS - 941 | 764.41 | 0.00 | 764.41 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | Internal Revenue Service - EFTPS - 940 | 2,874.09 | 0.00 | 2,874.09 |

|  |  |
|---|---|
| Total to be paid for priority claims: | $ 192,797.54 |
| Remaining balance: | $ 131,693.53 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $54,146,876.77 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Ashland Inc. Collection Dept. | 64,024.45 | 0.00 | 155.72 |
| 2 | DHL Global Forwarding DHL Danzas | 391.63 | 0.00 | 0.95 |
| 3 | TUV SUD America Inc. | 7,120.00 | 0.00 | 17.32 |
| 4 | Piedmont Natural Gas Company | 34,241.60 | 0.00 | 83.28 |
| 5 | Transportation Services, Inc. | 0.00 | 0.00 | 0.00 |
| 6 | American Electric Power | 4,735.80 | 0.00 | 11.52 |
| 7 | United Rentals, Inc. | 3,305.67 | 0.00 | 8.04 |
| 8 | DUNN BLUE REPROGRAPHI | 899.80 | 0.00 | 2.19 |
| 9 | RANAL, INC. | 42,752.93 | 0.00 | 103.98 |
| 10 | DE ZAVALA BUSINESS PA DBA TARANTINO PROPERTIES, INC. | 9,407.29 | 0.00 | 22.88 |
| 11 | AMERICAN MEGACOM, INC | 11,458.00 | 0.00 | 27.87 |
| 12U | ENGINEERING TECHNOLOGY | 32,050.00 | 0.00 | 77.95 |
| 14 | Veolia ES Technical Solutions, LLC | 65,652.72 | 0.00 | 159.68 |
| 15 | UEI INCORPORATED | 5,055.00 | 0.00 | 12.29 |
| 16 | EMHART FASTENING TEKN | 1,927.17 | 0.00 | 4.69 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 17 | ARCH INSURANCE | 0.00 | 0.00 | 0.00 |
| 18U | STANDARD SHEET METAL | 22,279.99 | 0.00 | 54.19 |
| 19 | Howard Ternes Packaging, Inc. | 734.28 | 0.00 | 1.79 |
| 20 | DIVERSIFIED PROPERTY SOLUTIONS | 1,250.00 | 0.00 | 3.04 |
| 21 | DIVERSIFIED PROPERTY SOLUTIONS | 3,806.25 | 0.00 | 9.26 |
| 22 | DIVERSIFIED PROPERTY SOLUTIONS | 31,845.63 | 0.00 | 77.45 |
| 23 | FREMONT INDUSTRIES, I | 1,200.00 | 0.00 | 2.92 |
| 24 | PORTER WRIGHT MORRIS | 2,935.34 | 0.00 | 7.14 |
| 25 | OPEN TERRACE ASSOCIATES C/O HINMAN COMPANY | 286,299.44 | 0.00 | 696.32 |
| 26 | L E TASSELL INC. | 159,025.50 | 0.00 | 386.77 |
| 27 | SEYFARTH SHAW LLP | 5,290.57 | 0.00 | 12.87 |
| 28 | PRESTO X | 416.22 | 0.00 | 1.01 |
| 29 | OWENS CORNING Sales, LLC | 209,895.14 | 0.00 | 510.50 |
| 30 | HUBBARD SUPPLY CO. | 70,853.05 | 0.00 | 172.33 |
| 31 | FEDEX TRADE NETWORKS | 48,537.01 | 0.00 | 118.05 |
| 33U | Larry A. Reed | 59,358.00 | 0.00 | 144.34 |
| 34 | RICHARD M. LEWIS | 7,306.18 | 0.00 | 17.77 |
| 35 | ReichHold Inc Claude Felmet Credit Manager | 0.00 | 0.00 | 0.00 |
| 36 | PHC Industries Inc | 7,993.55 | 0.00 | 19.44 |
| 40 | Duke Energy Indiana | 585,444.60 | 0.00 | 1,423.89 |
| 41 | The Bartech Group c/o Calfee, Halter & Griswold, LLP | 22,424.00 | 0.00 | 54.54 |
| 44 | ASU GROUP | 0.00 | 0.00 | 0.00 |
| 45 | MILLER JOHNSON | 4,350.03 | 0.00 | 10.58 |
| 47 | INDUSTRIAL BATTERY & CHARGER INC. | 4,657.70 | 0.00 | 11.33 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 49 | United Parcels Services c/o RMS Bankruptcy Recovery Services | 4,985.32 | 0.00 | 12.13 |
| 51 | MICHIGAN OFFICE SOLUTIONS | 1,684.00 | 0.00 | 4.10 |
| 52 | QUALITY MANAGEMENT IN | 5,723.42 | 0.00 | 13.92 |
| 53 | BOYS & GIRLS CLUB OF ATTN: AUTOMOTIVE GOLF CLASSIC | 18,500.00 | 0.00 | 44.99 |
| 54 | P.C.S. Gophers,LTD Professional Courier Services | 3,114.68 | 0.00 | 7.58 |
| 55 | W.W. Grainger, Inc. | 5,276.76 | 0.00 | 12.83 |
| 57 | DYNAMAX, INC | 40,280.00 | 0.00 | 97.97 |
| 59 | United Parcels Services c/o RMS Bankruptcy Recovery Services | 925.98 | 0.00 | 2.25 |
| 60 | Saginaw Products Corp. Euler Hermes ACI | 5,600.00 | 0.00 | 13.62 |
| 62 | COMTREX INC | 10,369.80 | 0.00 | 25.22 |
| 64 | Alamo Iron Works, Inc | 2,683.52 | 0.00 | 6.53 |
| 65 | Ohio Department of Taxation | 3,928.99 | 0.00 | 9.56 |
| 67 | Home Sweet Home Sit & Sleep Center | 0.00 | 0.00 | 0.00 |
| 68 | THE OILGEAR COMPANY COFACE NORTH AMERICA, INC. | 40,586.85 | 0.00 | 98.71 |
| 70 | ASU GROUP | 14,940.00 | 0.00 | 36.34 |
| 71 | EICHER ENGINEERING SO | 72,428.44 | 0.00 | 176.16 |
| 72 | CONTINENTAL AIRLINES, ATTN: UATP DEPT. | 62,294.49 | 0.00 | 151.51 |
| 73 | COLUMBIA GAS OF OHIO, INC. | 347.96 | 0.00 | 0.85 |
| 75 | Crane Wordlwide Boyarmiller | 18,486.16 | 0.00 | 44.96 |
| 76 | BARLOWORLD HANDLING L | 1,160.81 | 0.00 | 2.82 |
| 77 | Univar USA Inc. | 26,213.48 | 0.00 | 63.76 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 78 | FEDEX CUSTOMER INFORMATION SERVICE AS ASSIGNEE OF FEDEX EXPRESS ATTN: REVENUE RECOVERY/BANKRUPTCY | 30,302.15 | 0.00 | 73.70 |
| 79 | PHC Industries Inc | 0.00 | 0.00 | 0.00 |
| 80 | Capital Alliance Corporation DBA Advantage Transportation Equipment | 7,755.35 | 0.00 | 18.86 |
| 81 | AV GAUGE & FIXTURE, INC. | 39,010.00 | 0.00 | 94.88 |
| 82 | BADEN TAX MANAGEMENT MARTIN E. SEIFERT, ESQ. HALLER & COVIN | 28,712.97 | 0.00 | 69.83 |
| 83 | Transportation Services, Inc. | 34,299.30 | 0.00 | 83.42 |
| 84 | Paul Cinereski | 3,018.00 | 0.00 | 7.34 |
| 85 | Paul R. Wyant | 8,165.32 | 0.00 | 19.86 |
| 87 | IUE-CWA Local 84436 Peter Mitchell, IUE-CWA General Counsel IUE-CWA | 9,346.01 | 0.00 | 22.73 |
| 88 | Jeff A. White | 5,347.21 | 0.00 | 13.01 |
| 90 | Semblex Corporation | 3,612.75 | 0.00 | 8.79 |
| 91 | LIBERTY CARTON COMPANY | 5,765.51 | 0.00 | 14.02 |
| 92 | Shawn Vance | 10,037.03 | 0.00 | 24.41 |
| 93 | USA Truck, Inc. Brent Moss | 59,670.05 | 0.00 | 145.13 |
| 94 | GREAT LAKES FASTENERS | 44,505.03 | 0.00 | 108.24 |
| 95 | Errnest Robbins | 8,165.32 | 0.00 | 19.86 |
| 96 | Microsoft Corporation Microsoft Licensing, GP Riddell Williams, PS | 715,120.23 | 0.00 | 1,739.28 |
| 97 | YRC Inc. | 1,243.82 | 0.00 | 3.03 |
| 98 | USF Holland, Inc. | 105,986.65 | 0.00 | 257.78 |
| 99 | Manpower, Inc. | 8,404.92 | 0.00 | 20.44 |
| 100 | Ford Motor Land Development Corporation Miller, Canfiled, Paddaock & Stone, PLC | 1,265,125.49 | 0.00 | 3,076.98 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 101 | WESTFIELD INDUSTRIAL CENTER LLC C/O Kera & Graubard, Esqs | 1,187,917.71 | 0.00 | 2,889.20 |
| 102B | KTBS Law LLP | 21,968,000.63 | 0.00 | 53,429.56 |
| 104 | Mack Hils, Inc. | 0.00 | 0.00 | 0.00 |
| 106 | Enviropals, Inc. Barnes & Thornburg, LLP | 0.00 | 0.00 | 0.00 |
| 107 | ITW - CIP | 1,849.86 | 0.00 | 4.50 |
| 108 | SBC Global Services, Inc. AT&T Services, Inc. | 16,279.85 | 0.00 | 39.60 |
| 109 | Bermo, Inc. | 0.00 | 0.00 | 0.00 |
| 110 | Almco Steel Products Corp. | 119,457.57 | 0.00 | 290.54 |
| 111B | Levi B. McKenzie | 1,002.40 | 0.00 | 2.44 |
| 113 | Liberty Mutual Group | 0.00 | 0.00 | 0.00 |
| 114 | Town of Grabill Barrett & McNagny, LLC | 15,372.69 | 0.00 | 37.39 |
| 116 | Lexisnexis, Div. of Reed Elsevier Inc. | 1,987.38 | 0.00 | 4.83 |
| 117 | Rushville Manufacturing Mall & Trust | 91,164.92 | 0.00 | 221.73 |
| 118 | Cascade Die Casting Group, Inc. | 21,520.80 | 0.00 | 52.34 |
| 119U | E. I. du Pont Nemours & Company | 84,320.03 | 0.00 | 205.08 |
| 120 | James Steve McKenne | 0.00 | 0.00 | 0.00 |
| 121 | RICHARD E. NEWSTED | 0.00 | 0.00 | 0.00 |
| 123 | Michael J. Moriarty | 0.00 | 0.00 | 0.00 |
| 124 | Vectren Energy Delivery | 3,399.63 | 0.00 | 8.27 |
| 125 | Guy M. Turner, Inc. Keziah, Gates & Samet, LLP | 798,744.25 | 0.00 | 1,942.67 |
| 126 | Vectren Energy Delivery | 669.52 | 0.00 | 1.63 |
| 127 | Maxable, Inc. | 92,334.40 | 0.00 | 224.57 |
| 129 | Verizon Wireless | 66,448.13 | 0.00 | 161.61 |
| 130 | Rick Hensley | 6,442.92 | 0.00 | 15.67 |
| 131 | COMPLETE DOCUMENT MAN | 177.90 | 0.00 | 0.43 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 132 | GLOBAL EXCHANGE SERVICE | 12,287.10 | 0.00 | 29.88 |
| 133 | Francis Leveque | 0.00 | 0.00 | 0.00 |
| 134 | Volvo Group North America, Inc. | 100,404.38 | 0.00 | 244.20 |
| 135 | FROST BROWN TODD LLC | 962.50 | 0.00 | 2.34 |
| 136 | General Electric Capital Corporation c/o Reed Smith LLP | 3,101,409.93 | 0.00 | 7,543.11 |
| 138B | International Union, UAW | 20,289,000.00 | 0.00 | 49,345.96 |
| 139 | ERM Resources Management, Inc. Barack, Ferrazzano & Nagelberg LLP | 11,273.95 | 0.00 | 27.42 |
| 140 | ERM Consulting & Engineering, Inc. Barack, Ferrazzano, Kirschbaum & Nageberg LLP | 37,814.04 | 0.00 | 91.97 |
| 141 | United Steelworkers Five Gateway Center | 24,060.51 | 0.00 | 58.52 |
| 142 | Steven M. Zelin | 0.00 | 0.00 | 0.00 |
| 143 | YRC Inc. | 4,359.68 | 0.00 | 10.60 |
| 145 | Logicalis Warner Norcross & Judd LLP | 8,000.00 | 0.00 | 19.46 |
| 146 | CRAIG S. SHATZER | 0.00 | 0.00 | 0.00 |
| 147 | DANIEL J. DOWDALL | 0.00 | 0.00 | 0.00 |
| 148 | Lindsey R. Webb, II | 0.00 | 0.00 | 0.00 |
| 150 | Staubli Corporation | 5,275.30 | 0.00 | 12.83 |
| 151 | TEOMA SYSTEMS | 17,288.75 | 0.00 | 42.05 |
| 152 | MARK P. DECKER | 0.00 | 0.00 | 0.00 |
| 153 | Pension Benefit Guaranty Corporation Office of the Chief Counsel | 0.00 | 0.00 | 0.00 |
| 154 | Pension Benefit Guaranty Corporation Office of the Chief Counsel | 0.00 | 0.00 | 0.00 |
| 155 | Pension Benefit Guaranty Corporation Office of the Chief Counsel | 0.00 | 0.00 | 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 156 | Pension Benefit Guaranty Corporation Office of the Chief Counsel | 0.00 | 0.00 | 0.00 |
| 157 | Pension Benefit Guaranty Corporation Office of the Chief Counsel | 0.00 | 0.00 | 0.00 |
| 158 | Pension Benefit Guaranty Corporation Office of the Chief Counsel | 0.00 | 0.00 | 0.00 |
| 159 | Pension Benefit Guaranty Corporation Office of the Chief Counsel | 0.00 | 0.00 | 0.00 |
| 160 | Pension Benefit Guaranty Corporation Office of the Chief Counsel | 0.00 | 0.00 | 0.00 |
| 161 | Scott S Stauch | 23,287.65 | 0.00 | 56.64 |
| 162 | Mercer Trust Company & Mercer HR Services, LLC c/o Freeborn & Peters, LLP | 0.00 | 0.00 | 0.00 |
| 163 | Alan B. Miller | 0.00 | 0.00 | 0.00 |
| 164 | Norma Products (U.S.), Inc. Art Cummings | 9,727.20 | 0.00 | 23.66 |
| 166 | Dresden Industrial | 28,836.00 | 0.00 | 70.13 |
| 167 | COMPMANAGEMENT, INC. KELLI CLARK | 5,460.08 | 0.00 | 13.28 |
| 168 | MH Industries LTD dba M&H Industries c/o MH Indutries LTD. | 0.00 | 0.00 | 0.00 |
| 170 | Employment Security Commission of North Carolina Unemployment Insurance Division | 447.54 | 0.00 | 1.09 |
| 176 | PARAGON MOLDS CORPORA | 16,500.00 | 0.00 | 40.13 |
| 177 | AMERICAN HOME ASSURANCE COMPANY ET AL CHARTIS, U.S. MICHELLE A. LEVITT, AUTH. REP. | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 198 | Paragon Die & Engineering Co. Mary Kay Shaver Varnum, Riddering, et al | 21,000.00 | 0.00 | 51.08 |
| 199 | Wolverine Crane & Service Inc. Mary Kay Shaver Varnum,Riddering, et al | 8,000.00 | 0.00 | 19.46 |
| 200 | Fanuc Robotics America Corporation Legal | 3,992.00 | 0.00 | 9.71 |
| 201 | Altron Automation, Inc. | 16,000.00 | 0.00 | 38.91 |
| 202 | Cascade Die Casting Group, Inc. | 18,000.00 | 0.00 | 43.78 |
| 203 | Hosiden America Corp. Squire Sanders (US) LLP | 20,000.00 | 0.00 | 48.64 |
| 204 | Purity Cylinder Gases Inc. Varnum, Riddering, et al. | 19,000.00 | 0.00 | 46.21 |
| 205 | Miller Welding Supply, Inc. Thomas P. Sarb, Miller Johnson | 20,000.00 | 0.00 | 48.64 |
| 206 | Orion Manufacturing, Inc. | 50,000.00 | 0.00 | 121.61 |
| 207 | Nova Packaging Group, LLC Bayard, PA | 16,250.00 | 0.00 | 39.52 |
| 208 | Big 3 Precision Products, Inc. Bayard, PA | 35,000.00 | 0.00 | 85.13 |
| 209 | City of Jackson Allen Kuehnle Stovall & Neuman LLP | 17,782.96 | 0.00 | 43.25 |
| 210 | Advantage Engineering Inc. c/o P. Warren Hunt, Kerr Russell & Weber, PLC | 35,000.00 | 0.00 | 85.13 |
| 211 | Frontier North Inc. Director Credit & Collections | 3,958.29 | 0.00 | 9.63 |
| 212 | Jems of Litchfield c/o Cooch & Taylor, PA | 61,000.00 | 0.00 | 148.36 |
| 213 | Superior Fiberglass & Resins Chief Financial Officer Superior Oil Company, Inc. | 8,500.00 | 0.00 | 20.67 |
| 214 | Empire Electronics, Inc. Adam D. Bruski | 7,500.00 | 0.00 | 18.24 |
| 215 | Falls Stamping & Welding, Inc c/o rick S. Miller Esquire | 12,500.00 | 0.00 | 30.40 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 216 | A V Gauge & Fixture, Inc. Antosh Pieniazek | 85,000.00 | 0.00 | 206.73 |
| 217 | World Corrugated Container Inc. c/o Lynn M. Brimer Strobl & Sharp, P.C. | 23,485.00 | 0.00 | 57.12 |
| 218 | Zone Automotive Products Scott Zone Zone Automotive Products | 19,000.00 | 0.00 | 46.21 |
| 219 | Haviland Products Company, Inc. | 75,000.00 | 0.00 | 182.41 |
| 220 | Unique Model, Inc. Mary Kay Shaver Varnum LLP | 30,000.00 | 0.00 | 72.96 |
| 221 | H & H Metal Source c/o John A. Potter, Esq Twohey Maggini, PLC | 0.00 | 0.00 | 0.00 |
| 222 | H & H Metal Source International, Inc. c/o John A. Potter, Esq. | 12,000.00 | 0.00 | 29.19 |
| 223 | Datanational Corporation c/o Patrick W. Carothers Leech TIshman Fuscaldo & Lampl LLC | 14,725.00 | 0.00 | 35.81 |
| 224 | MRC Polymers | 38,500.00 | 0.00 | 93.64 |
| 225 | Hilco Technologies Co. | 22,760.00 | 0.00 | 55.36 |
| 227 | Bunker Automation LLC Attn: Jeff Bunker | 9,000.00 | 0.00 | 21.89 |
| 228 | E. I. du Pont de Nemours and Company c/o JoAnn McDonough, Bankruptcy Specialist DuPont Legal | 250,000.00 | 0.00 | 608.04 |
| 229 | Steel Transportation Services, Inc. c/o Dennis M. Haley, Esq. | 12,500.00 | 0.00 | 30.40 |
| 230 | HUBBARD SUPPLY CO. | 40,000.00 | 0.00 | 97.29 |
| 231 | All Tech, Inc. Attn: Bruce Bunker | 45,000.00 | 0.00 | 109.45 |
| 233 | Great Lakes Fasteners & Supply Company Attn: Stephan W. Milo, Esq. Wharton, Aldhizer & Weaver, PL | 18,000.00 | 0.00 | 43.78 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 235 | Stoneridge Incorporated a/k/a Stoneridge Pollak Ltd. Baker & Hostetler LLC, Alexis Osburn, Esq | 117,000.00 | 0.00 | 284.56 |
| 236 | Nylok LLC Corey H. Grauer Marmon Engineered Components Company | 8,000.00 | 0.00 | 19.46 |
| 237 | Lazard Freres & Co. LLC Bayard, P.A. c/o Justin R. Alberto | 223,349.12 | 0.00 | 543.22 |
|  | Internal Revenue Service - EFTPS - 941 | 3,680.20 | 0.00 | 8.94 |
|  | Internal Revenue Service - EFTPS - 941 | 860.69 | 0.00 | 2.08 |

Total to be paid for timely general unsecured claims:  $  131,693.53
Remaining balance:  $  0.00

Tardily filed claims of general (unsecured) creditors totaling $293,851.42 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 169 | Jeffrey M. Stafeil | 0.00 | 0.00 | 0.00 |
| 172 | PGT Trucking, Inc. | 660.00 | 0.00 | 0.00 |
| 173 | Universal Am-Can Ltd. | 6,043.43 | 0.00 | 0.00 |
| 174 | LANGUAGES INTERNATIONAL | 790.00 | 0.00 | 0.00 |
| 175 | Christopher, Mark | 0.00 | 0.00 | 0.00 |
| 178 | JOHN KEMMER | 8,165.32 | 0.00 | 0.00 |
| 179 | WYMAN D. FIGGINS | 3,919.00 | 0.00 | 0.00 |
| 180 | James Patrick Holden | 0.00 | 0.00 | 0.00 |
| 181 | Deltech Corporation c/o J. Eric Lockridge, Kean Miller | 49,931.21 | 0.00 | 0.00 |
| 183 | MH Equipment | 20,627.88 | 0.00 | 0.00 |
| 185 | BASF CORPORATION | 26,904.00 | 0.00 | 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 186 | C.H. Robinson Worldwide, Inc. | 7,755.00 | 0.00 | 0.00 |
| 189U | STATE OF FLORIDA-DEPT. OF REVENUE BANKRUPTCY SECTION | 100.00 | 0.00 | 0.00 |
| 190 | A. Schulman, Inc. Recovery One, LLC | 116,270.73 | 0.00 | 0.00 |
| 192 | David Thompson c/o Gary Berger | 0.00 | 0.00 | 0.00 |
| 193 | Sapphire Technical Soluntions, LLC | 6,415.00 | 0.00 | 0.00 |
| 194 | OMNOVA SOLUTIONS, INC. H. Buswell Roberts, Jr. PLLC | 8,500.00 | 0.00 | 0.00 |
| 195B | Sprint Nextel Corporation | 2,767.45 | 0.00 | 0.00 |
| 196 | Detroit Tool Metal Products, Inc. Husch Blackwell LLP | 22,000.00 | 0.00 | 0.00 |
| 197 | J. M. Huber Judd, Catmull, Slovacek LLP | 12,000.00 | 0.00 | 0.00 |
| 226 | Creative Assembly Systems, Inc. c/o Robert M. Greenbaum, Esquire Smith Kane, LLC | 0.00 | 0.00 | 0.00 |
| 232 | JMC Steel Group d/b/a Atlas Tube Kohner, Mann & Kailas, S.C. | 0.00 | 0.00 | 0.00 |
| 238 | Levi Bland McKenzie | 1,002.40 | 0.00 | 0.00 |

Total to be paid for tardily filed general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $411,325.58 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 122U | SOMERSET CAPITAL GROUP | 411,325.58 | 0.00 | 0.00 |

                                Total to be paid for subordinated claims:  $            0.00
                                Remaining balance:                                  $            0.00

Prepared By: /s/ George L. Miller
                              Trustee

George L. Miller
1628 John F. Kennedy Blvd.
Suite 950
Philadelphia, PA 19103
(215) 561-0950

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**