## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| Meridian Automotive Systems, Inc. *et al* | Case No. 09-12806-MFW (Jointly Administered) |
| Debtor. | |
| Meridian Automotive Systems - Angola Operations, Inc. | Case No. 09-12807-MFW |
| Debtor. | |
| Meridian Automotive Systems - Composites Operations, Inc. | Case No. 09-12808-MFW |
| Debtor. | |
| Meridian Automotive Systems - Detroit Operations, Inc. | Case No. 09-12810-MFW |
| Debtor. | |
| Meridian Automotive Systems - Grand Rapids Operations, Inc. | Case No. 09-12812-MFW |
| Debtor. | |
| Meridian Automotive Systems - Heavy Truck Operations, Inc. | Case No. 09-12813-MFW |
| Debtor. | |
| Meridian Automotive Systems - Shreveport Operations, Inc. | Case No. 09-12816-MFW |
| Debtor. | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
<u>HEARING ON FEBRUARY 9, 2022 AT 2:00 P.M.</u>**

**TRUSTEE'S FINAL REPORTS AND ACCOUNT OF THE ADMINISTRATION
OF THE ESTATE AND FINAL APPLICATIONS FOR COMPENSATION**

**Debtor:**   **Meridian Automotive Systems, Inc.** *et al*
**Case No.:**   **09-12806-MFW**

## UNCONTESTED MATTERS WITH CERTIFICATION OF NO OBJECTION:

*Fee Applications previously submitted in Electronic Fee Application Binder*

1.  First Interim and Final Application of C&W Consultants, Inc. d/b/a CW Recovery, for Compensation for Services Rendered and Reimbursement of Expenses as Collection Agent for George L. Miller, Chapter 7 Trustee, for the Period of August 25, 2014 through June 14, 2021
    [Filed 7/30/2021; Docket No. 703]

    | | | |
    |---|---|---|
    | Related Documents: | (a) | Certification of No Objection [Filed 2/7/2022; Docket No. 741] |
    | | (b) | Proposed Order |
    | Objection Deadline: | | December 31, 2021 at 4:00 p.m. |
    | Responses Received: | | None |
    | Status: | | This matter is uncontested and Certification of No Objection has been filed. Movant requests entry of the Proposed Order. |

2.  Eleventh Interim and Final Application of Miller Coffey Tate LLP for Compensation and for Reimbursement of Expenses as Accountants to the Trustee for the Period from July 1, 2021 through September 24, 2021
    [Filed 9/27/2021; Docket No. 718]

    | | | |
    |---|---|---|
    | Related Documents: | (a) | Certification of No Objection [Filed 2/7/2022; Docket No. 742] |
    | | (b) | Proposed Order |
    | Objection Deadline: | | December 31, 2021 at 4:00 p.m. |
    | Responses Received: | | None |
    | Status: | | This matter is uncontested and Certification of No Objection has been filed. Movant requests entry of the Proposed Order. |

3. Fourteenth and Final Application of Cozen O'Connor as Counsel to the Chapter 7 Trustee for Allowance of Compensation and Reimbursement of Expenses for the Interim Period of August 19, 2021 through September 22, 2021 and the Final Period of August 10, 2009 through September 22, 2021
   [Filed 9/27/2021; Docket No. 719]

   | | | |
   |---|---|---|
   | Related Documents: | (a) | Certification of No Objection [Filed 2/7/2022; Docket No. 743] |
   | | (b) | Proposed Order |

   Objection Deadline: December 31, 2021 at 4:00 p.m.

   Responses Received: None

   Status: This matter is uncontested and Certification of No Objection has been filed. Movant requests entry of the Proposed Order.

4. Trustee's Final Report and Account of the Administration of the Estate and Final Application for Compensation
   [Filed 12/2/2021; Docket No. 723]

   Related Documents:

   (a) Certification of No Objection Regarding Trustee's Final Report and Account of the Administration of the Estate and Final Application for Compensation [Filed 2/7/2022; Docket No. 740]

   (b) Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) [Filed 12/6/2021; Docket No. 727]

   (c) Proposed Order Approving Distribution

   (d) Proposed Order Awarding Trustee's Compensation and Expenses

   Objection Deadline: December 31, 2021 at 4:00 p.m.

   Responses Received: None

   Status: This matter is uncontested and Certification of No Objection has been filed. Trustee requests entry of the Proposed Order Approving Distribution and Proposed Order Awarding Trustee's Compensation and Expenses

**Debtor:** **Meridian Automotive Systems - Angola Operations, Inc.**
**Case No.** **09-12807-MFW**

**UNCONTESTED MATTERS WITH CERTIFICATION OF NO OBJECTION:**

5. Trustee's Final Report and Account of the Administration of the Estate and Final Application for Compensation
   [Filed 12/2/2021; Docket No. 42]

   Related Documents:

   (a) Certification of No Objection Regarding Trustee's Final Report and Account of the Administration of the Estate and Final Application for Compensation [Filed 2/7/2022; Docket No. 46]

   (b) Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) [Filed 12/6/2021; Docket No. 43]

   (c) Proposed Order Approving Distribution

   (d) Proposed Order Awarding Trustee's Compensation and Expenses

   Objection Deadline: December 31, 2021 at 4:00 p.m.

   Responses Received: None

   Status: This matter is uncontested and Certification of No Objection has been filed. Trustee requests entry of the Proposed Order Approving Distribution and Proposed Order Awarding Trustee's Compensation and Expenses

2

**Debtor:** **Meridian Automotive Systems - Composites Operations, Inc.**
**Case No.:** **09-12808-MFW**

**UNCONTESTED MATTERS WITH CERTIFICATION OF NO OBJECTION:**

6. Trustee's Final Report and Account of the Administration of the Estate and Final Application for Compensation
 [Filed 12/2/2021; Docket No. 47]

    Related Documents:

    (a) Certification of No Objection Regarding Trustee's Final Report and Account of the Administration of the Estate and Final Application for Compensation [Filed 2/7/2022; Docket No. 51]

    (b) Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) [Filed 12/6/2021; Docket No. 48]

    (c) Proposed Order Approving Distribution

    (d) Proposed Order Awarding Trustee's Compensation and Expenses

    Objection Deadline: December 31, 2021 at 4:00 p.m.

    Responses Received: None

    Status: This matter is uncontested and Certification of No Objection has been filed. Trustee requests entry of the Proposed Order Approving Distribution and Proposed Order Awarding Trustee's Compensation and Expenses

**Debtor:** **Meridian Automotive Systems - Detroit Operations, Inc.**
**Case No.** **09-12810-MFW**

**UNCONTESTED MATTERS WITH CERTIFICATION OF NO OBJECTION:**

7.  Trustee's Final Report and Account of the Administration of the Estate and Final Application for Compensation
    [Filed 12/2/2021; Docket No. 34]

    Related Documents:

    (a) Certification of No Objection Regarding Trustee's Final Report and Account of the Administration of the Estate and Final Application for Compensation [Filed 2/7/2022; Docket No. 38]

    (b) Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) [Filed 12/6/2021; Docket No. 35]

    (c) Proposed Order Approving Distribution

    (d) Proposed Order Awarding Trustee's Compensation and Expenses

    Objection Deadline:    December 31, 2021 at 4:00 p.m.

    Responses Received:    None

    Status:    This matter is uncontested and Certification of No Objection has been filed. Trustee requests entry of the Proposed Order Approving Distribution and Proposed Order Awarding Trustee's Compensation and Expenses

**Debtor:** **Meridian Automotive Systems - Grand Rapids Operations, Inc.**
**Case No.:** **09-12812-MFW**

**UNCONTESTED MATTERS WITH CERTIFICATION OF NO OBJECTION:**

8. Trustee's Final Report and Account of the Administration of the Estate and Final Application for Compensation
   [Filed 12/2/2021; Docket No. 45]

   Related Documents:

   (a) Certification of No Objection Regarding Trustee's Final Report and Account of the Administration of the Estate and Final Application for Compensation [Filed 2/7/2022; Docket No. 51]

   (b) Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) [Filed 12/6/2021; Docket No. 48]

   (c) Proposed Order Approving Distribution

   (d) Proposed Order Awarding Trustee's Compensation and Expenses

   Objection Deadline: December 31, 2021 at 4:00 p.m.

   Responses Received: None

   Status: This matter is uncontested and Certification of No Objection has been filed. Trustee requests entry of the Proposed Order Approving Distribution and Proposed Order Awarding Trustee's Compensation and Expenses

5

**Debtor:**   **Meridian Automotive Systems - Heavy Truck Operations, Inc.**
**Case No.:**   **09-12813-MFW**

**UNCONTESTED MATTERS WITH CERTIFICATION OF NO OBJECTION:**

9.  Trustee's Final Report and Account of the Administration of the Estate and Final Application for Compensation
    [Filed 12/2/2021; Docket No. 28]

    Related Documents:

    (a)  Certification of No Objection Regarding Trustee's Final Report and Account of the Administration of the Estate and Final Application for Compensation [Filed 2/7/2022; Docket No. 32]

    (b)  Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) [Filed 12/6/2021; Docket No. 29]

    (c)  Proposed Order Approving Distribution

    (d)  Proposed Order Awarding Trustee's Compensation and Expenses

    Objection Deadline:   December 31, 2021 at 4:00 p.m.

    Responses Received:   None

    Status:   This matter is uncontested and Certification of No Objection has been filed. Trustee requests entry of the Proposed Order Approving Distribution and Proposed Order Awarding Trustee's Compensation and Expenses

6

**Debtor:** **Meridian Automotive Systems - Shreveport Operations, Inc.**
**Case No.:** **09-12816-MFW**

**UNCONTESTED MATTERS WITH CERTIFICATION OF NO OBJECTION:**

10. Trustee's Final Report and Account of the Administration of the Estate and Final Application for Compensation
    [Filed 12/2/2021; Docket No. 28]

    Related Documents:

    (a) Certification of No Objection Regarding Trustee's Final Report and Account of the Administration of the Estate and Final Application for Compensation [Filed 2/7/2022; Docket No. 32]

    (b) Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) [Filed 12/6/2021; Docket No. 29]

    (c) Proposed Order Approving Distribution

    (d) Proposed Order Awarding Trustee's Compensation and Expenses

    Objection Deadline: December 31, 2021 at 4:00 p.m.

    Responses Received: None

    Status: This matter is uncontested and Certification of No Objection has been filed. Trustee requests entry of the Proposed Order Approving Distribution and Proposed Order Awarding Trustee's Compensation and Expenses

Dated: February 7, 2022
Wilmington, DE

COZEN O'CONNOR

*/s/ John T. Carroll, III*
John T. Carroll, III (No. 4060)
1201 N. Market Street
Suite 1001
Wilmington, DE 19801
Telephone: (302) 295-2028
Facsimile: (302) 295-2013
jcarroll@cozen.com

*Counsel to the Trustee,*
*George L. Miller*

7