## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>Meridian Automotive Systems, Inc.<br><br>Debtor(s) | CASE NO. 09-12806 (MFW)<br><br>CHAPTER 7<br><br>**Related Docket Nos. 752, 756** |

### ORDER

AND NOW, upon consideration of Trustee George L. Miller's Motion to Deposit di minimus Funds in the Court Registry, it is hereby:

**ORDERED**, that the Motion is GRANTED and it is further ORDERED that the funds in the amount of $35.86 will be deposited in the Court Registry.

Dated: March 2nd, 2022
Wilmington, Delaware

MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE